UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estelle Kevett Carroll,

                      Plaintiff,

    -against-

Experian Services Corp.,

                      Defendant.

1:25-cv-04978 (MMG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is what Plaintiff denominates as a motion for summary judgment, but which the Court construes as a motion for entry of default under Rule 55(a) of the Federal Rules of Civil Procedure.[1] (Pl.'s 10/16/25 Mot.,[2] ECF No. 17.) Plaintiff's motion is DENIED.

In her motion, Plaintiff seeks to have judgment entered against Defendant because Defendant failed to file a responsive pleading within 21 days after service. (*See* Pl.'s 10/10/25 Mot. at PDF p. 1.) Plaintiff is mistaken regarding the date that Defendant's responsive pleading was due.

As set forth in the waiver of service that Defendant executed (the "Waiver"), which was filed to the ECF docket on August 21, 2025, Defendant had 60 days from the date that it mailed or delivered the Waiver to the U.S. Marshals Service to file its responsive pleading. (*See* Waiver,

---

[1] Plaintiff seeks to have judgment entered against Defendant due to its purported failure to timely respond to the Complaint. However, before judgment can be awarded to a Plaintiff based upon a Defendant's default in answering, a default must be entered against the Defendant, pursuant to under Rule 55(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 55(a); *see also* Local Civil Rule 55.2(a)(1)(A). Thus, the Court construes Plaintiff's motion as one seeking entry of default under Rule 55(a).

[2] Although the ECF docket reflects that Plaintiff's motion was filed on October 15, 2025, the motion itself bears a stamp reflecting that it was filed with the Court's Pro Se Office on October 16, 2025.

ECF No. 13, at PDF p. 1.) Regardless, since Defendant had filed its responsive pleading prior to when Plaintiff's motion was filed, no default may be entered against the Defendant.

**SO ORDERED.**

Dated:   New York, New York
         October 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge